# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:**  11-cv-00891-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**  August 15, 2011 | **Courtroom Deputy:**  Linda Kahoe |

HARTFORD LIFE AND ACCIDENT                Cristin Jeanette Mack
INSURANCE COMPANY,

    Plaintiff,

    v.

STEVEN A. NIESSNER,                              James Joseph Arndt

    Defendant/Cross Claimant/Cross Defendant,

KRISTINE BULICH,                                     Lori Christine Hulbert

    Defendant/Cross Claimant/Cross Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:     3:00 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding consolidation of cases.

Discussion regarding the Motion for Attorney Fees, doc #[14], filed 4/22/2011, and the Stipulation to Award Attorneys' Fees, doc #[29], filed 6/28/2011.

**ORDERED:**   The Motion for Attorney Fees, doc #[14] is **DENIED** as **MOOT** in light of the more recent Stipulation to Award Attorneys' Fees, doc #[29].

Discussion regarding the Motion to Dismiss Plaintiff/Interpleader Hartford Life, doc #[15], filed 4/22/2011, and the Stipulation of Dismissal of Party Hartford Life, doc #[30], filed 6/28/2011.

Ms. Mack makes an oral motion to withdraw the Motion to Dismiss, doc #[15].

**ORDERED:**  Plaintiff's oral motion to withdraw the Motion to Dismiss is **GRANTED.**  The Motion to Dismiss Plaintiff/Interpleader Hartford Life, doc #[15] is **WITHDRAWN.**

The court suggests that the parties re-draft doc #[30] and file it as a Joint Motion for Dismissal of Plaintiff Hartford pursuant to Rule 41(a)(2).  The court states that if the Joint Motion for Dismissal is referred, it will grant the motion.

**ORDERED:**  This matter is **STAYED** for all purposes pending the filing of a **STATUS REPORT on SEPTEMBER 16, 2011.**  The Status Report should indicate: (1) by virtue of the activity in the state courts that this case can be administratively closed; or (2) that this case can move forward in this court.

Discussion regarding consent to magistrate judge.

Discussion regarding the funds held in the registry of the court.  The court suggests to wait until after the Status Report is filed on September 16th.  The court will set another status conference.

HEARING CONCLUDED.

**Court in recess:**       3:20 p.m.
Total time in court:    00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.