IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00891-MSK-CBS

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation,

       Plaintiff,

v.

STEVEN A. NIESSNER, an individual; and
KRISTINE BULICH, TRUSTEE OF THE STEPHANIE G. NIESSNER TESTAMENTARY TRUST,

       Defendants.

---

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS PLAINTIFF/ INTERPLEADER HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY WITH PREJUDICEPURSUANT TO FED. R. CIV. P. 41(a)(2)**

---

THIS MATTER comes before the Court upon the Joint Stipulated Motion to Dismiss Plaintiff / Interpleader Hartford Life and Accident Insurance Company with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). THE COURT, being fully advised in the premises, does hereby GRANT the Motion and further orders:

(a) Hartford Life and Accident Insurance Company is released and forever discharged from further appearance or attendance in connection with this action, and Hartford Life and Accident Insurance Company is further be released and forever discharged from any further liability with respect to any and all benefits payable on account of the death of the decedent, Stephanie G. Niessner, including any claims for costs, interest and/or attorneys' fees.

  (b) Defendants' claims, counterclaims and/or cross claims asserted against each other (but not as against Hartford Life and Accident Insurance Company) are preserved and remain part of this action.

  DATED this 24th day of August, 2011.

               **BY THE COURT:**

               */s/ Marcia S. Krieger*

               Marcia S. Krieger
               United States District Judge