# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00891-RBJ-CBS

HARTFORD LIFE ACCIDENT AND INSURANCE COMPANY,

    Plaintiff,

v.

STEVEN NIESSNER, an individual; and
KRISTINE BULICH, TRUSTEE OF THE STEPHANIE G. NIESSNER TESTAMENTARY TRUST,

    Defendants,
and

STEVEN NIESSNER,

    Third-Party Plaintiff,

v.

KRISTINE BULICH, TRUSTEE OF THE STEPHANIE G. NIESSNER TESTAMENTARY TRUST,

Third-Party Defendant.

---

## ORDER GRANTING JOINT MOTION TO TRANSFER REGISTRY FUNDS TO THE JEFFERSON COUNTY DISTRICT COURT AND DISMISS THIS ACTION WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on the Joint Motion to Transfer Registry Funds to the Jefferson County District Court and Dismiss this Action Without Prejudice. THE COURT, being fully advised in the premises, does hereby GRANT the Motion and further

1

orders:

1. The Clerk of the Court is ordered to transfer the Hartford registry funds of $402,013.43, plus any accrued interest or earnings, to the Jefferson County District Court referring to Case No. 11PR341.

2. The within action is dismissed without prejudice.

DONE November 2nd, 2011

**BY THE COURT:**

_____

R. Brooke Jackson

United States District Judge